UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. VAUGHN,<br><br>        Plaintiff,<br><br>   v.<br><br>TERAN, et al.,<br><br>        Defendant. | 1:17-cv-00966 DAD-MJS (PC)<br><br>**ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS**<br><br>**CLERK TO SEND APPLICATION TO PROCEED IN FORMA PAUPERIS AS A PRISONER** |

Plaintiff is a state prisoner proceeding with counsel in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff submitted two applications to proceed in forma pauperis (ECF Nos. 3 & 5) however, as Plaintiff is a prisoner, he is obligated to pay the full filing fee of $400.00. In forma pauperis status merely allows Plaintiff to proceed without the prepayment of the filing fee. See 28 U.S.C. § 1915(b)(1).

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis as a prisoner, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: July 24, 2017            /s/ *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE

1