# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. VAUGHN,<br><br>        Plaintiff,<br><br>   v.<br><br>TERAN,<br><br>        Defendant. | Case No.: 1:17-cv-00966 DAD JLT (PC)<br><br>ORDER RE-CLASSIFYING THE MATTER AS A CIVIL ACTION |

In this action, Plaintiff contends he suffered injuries caused by the defendant's wrongful action. He is represented by counsel. Thus, this case should be classified as a civil action. Local Rule 101 ["'Prisoner Actions' are actions brought **in propria persona** by a person in custody . . ."] Accordingly, the Court **ORDERS**: The Clerk of the Court is **DIRECTED** to reclassify this matter as a general civil action.

IT IS SO ORDERED.

Dated: **May 25, 2018**             **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE