LAW OFFICE OF KEN I. KARAN
Ken I. Karan, Esq., California State Bar No. 204843
2907 Shelter Island Drive, Ste. 105-215
San Diego, CA 92106
(760) 420-5488
Fax (866) 841-5420
kkaran.law@gmail.com
*Attorney for Plaintiff Mark Vaughn*

XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ALBERTO L. GONZALEZ, State Bar No. 117605
Supervising Deputy Attorney General
MATTHEW W. ROMAN, State Bar No. 267717
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-6239
Facsimile: (916) 322-8288
E-mail: Matthew.Roman@doj.ca.gov
*Attorneys for Defendant Duran (formerly Teran)*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. VAUGHN,<br><br>        Plaintiff,<br><br>vs.<br><br>TERAN, nurse,<br><br>        Defendant. | CASE NO.: 1:17-cv-00966-DAD-JLT<br><br>**STIPULATION OF THE PARTIES TO SCHEDULE SETTLEMENT CONFERENCE; PROPOSED ORDER**<br><br>(Doc. 46) |

The parties herein, by and through counsel, stipulate as follows:

1. The Court ordered the parties to submit a stipulation to reset this matter for a settlement conference after a decision on Defendant's motion for summary judgment. ECF No.: 44.

1

Stipulation re Settlement Conference, *Vaughn v. Teran*, Case No. 1:17-cv-00966-DAD-JLT

2. The decision on the motion for summary judgment was filed on June 19, 2020. ECF No. 45.

3. The parties hereby stipulate to re-set the settlement conference in this matter.

4. For scheduling purposes, the parties are available in August 2020, or at the convenience of the Court.

SO STIPULATED.

RESPECTFULLY SUBMITTED,

Date:  June 19, 2020                  /s/Ken I. Karan
                                                      Ken I. Karan, Esq.
                                                      *Attorney for Plaintiff Mark Vaughn*

Date:  June 24, 2020                  /s/Matthew W. Roman
                                                      Matthew W. Roman, Esq.
                                                      *Attorney for Defendant Teran*

ORDER

In compliance with the Court's order, ECF 44, the parties have submitted their stipulation to re-set the settlement conference in this case. The Court hereby sets the settlement conference for August 19, 2020 at 1:30 p.m. before Magistrate Judge Thurston.

IT IS SO ORDERED.

Dated:  **June 24, 2020**                    **/s/ Jennifer L. Thurston**
                                                 UNITED STATES MAGISTRATE JUDGE