UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. VAUGHN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TERAN, nurse,<br><br>　　　　　Defendant. | CASE NO.: 1:17-cv-00966-ADA-HBK<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO ISSUE ADDITIONAL SUBPOENAS<br><br>(Doc. No. 109) |

On July 7, 2023, counsel for Plaintiff filed a motion requesting the Court to issue additional subpoenas to obtain banking records in this action. (Doc. No. 109). Defendant does not oppose the issuance of subpoenas. (*Id*. 1).

The Court previously determined it has auxiliary jurisdiction over the settlement agreement as stipulated to by the parties. The Court further finds that the issuance of additional subpoenas pursuant to Federal Rules of Civil Procedure Rule 45 is within the Court's jurisdiction and will direct the Clerk to issue the same. Fed. R. Civ. P. 45 (a)(1)(D)(3). Alternatively, counsel for Plaintiff is authorized issue and sign the subpoenas as appropriate. (*Id*.).

Accordingly, it is hereby ORDERED:

Plaintiff's motion for issuance of a additional subpoenas (Doc. No. 109) is GRANTED. The Clerk of Court shall issue to Plaintiff's counsel subpoenas to recover records related to identifying and

recovering settlement funds pursuant to Federal Rules of Civil Procedure Rule 45.  Alternatively, counsel for Plaintiff is authorized issue and sign the subpoenas, as appropriate.

Dated:   July 26, 2023

_____
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE